# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/22/2005  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:   CIVIL NO. 04-00101JMS-LEK

CASE NAME:   Linda Morishige vs. Matson Navigation Company, Inc., et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE:   Leslie E. Kobayashi          REPORTER:

DATE:   12/22/2005                    TIME:

---

COURT ACTION:  EO:  COURT ORDER AMENDING DISCOVERY ORDER:

In its' Discovery Order filed December 22, 2005 ("Order"), the Court erred in concluding that the parties did not certify that they met and conferred in compliance with LR37.1 and therefore amends its' Order to delete this conclusion.

Cc: all counsel

Submitted by: Warren N. Nakamura, Courtroom Manager