# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/13/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00101JMS-LEK |
| CASE NAME: | Linda Morishige vs. Matson Navigation Company, Inc., et al. |
| ATTYS FOR PLA: | Preston W. Easley, Jr. |
| ATTYS FOR DEFT: | Normand R. Lezy<br>Duane R. Miyashiro |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 1/13/2006 | TIME: | 9:50-10:05 |

COURT ACTION:  EP: Discovery Conference held.  Preston W. Easley, Jr. participated by phone.  Court to issue Order.

Submitted by: Warren N. Nakamura, Courtroom Manager