# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/17/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:   CIVIL NO. 04-00101JMS-LEK

CASE NAME:   Linda Morishige vs. Matson Navigation Company, Inc., et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Leslie E. Kobayashi         REPORTER:

DATE:    1/17/2006                    TIME:

COURT ACTION:  EO: Court ORDER Re: Discovery Conference.

Discovery Conference held January 13, 2006.  Present were Preston W. Easley, Jr., Esq. by telephone. Duane Miyashiro, Esq. And Normand Lezy, Esq.

Court Granted Defendant Matson Navigation Co, Inc.'s (Motion) Request for Reconsideration dated December 22, 2005.  The Court finds that Plaintiff has had ample opportunity by discovery in the action to obtain information sought.  Plaintiff has already served Matson with 11 separate sets of document production requests. [Matson's 12/22/05 letter at 2].  The Court may limit discovery where a plaintiff has had ample opportunity to obtain discovery, See Fed.R.Civ.P. 26(b)(2)(ii), and in order to protect a party from undue burden or expense.  See Fed.R.Civ.P. 26(a); see also Dowling v. American Hawaii Cruises, 1993 WL 557904,*2 (D.Hawaii).

IT IS SO ORDERED.

Submitted by: Warren N. Nakamura, Courtroom Manager