# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/17/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CIVIL NO. 04-00101JMS-LEK

CASE NAME:       Linda Morishige vs. Matson Navigation Company, Inc., et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Leslie E. Kobayashi         REPORTER:

DATE:    1/17/2006                   TIME:

COURT ACTION:  EO: Court ORDER Re: Plaintiff's Request for Clarification.

Plaintiff Linda Morishige (Plaintiff) submitted her latter dated January 12, 2006 in which she requests clarification of this Court's prior Discovery Orders filed July 18, 2005 and December 22, 2005.  The Court finds this request to be untimely and therefore Denies the same.

Submitted by: Warren N. Nakamura, Courtroom Manager