# ORIGINAL

**LEONG KUNIHIRO LEONG & LEZY**
Attorneys at Law - A Law Corporation

| | |
|---|---|
| SCOTT G. LEONG | 2859-0 |
| NORMAND R. LEZY | 6297-0 |

841 Bishop St., # 1212
Honolulu, Hawaii 96813
Telephone: (808) 524-7575

Attorneys for Defendant
MATSON NAVIGATION COMPANY, INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 0 3 2006

at 8 o'clock and 06 min. ___
SUE BEITIA, CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LINDA MORISHIGE,<br><br>Plaintiff,<br><br>vs.<br><br>MATSON NAVIGATION COMPANY, INC.,<br><br>Defendant. | CIVIL NO. 04-00101 DAE-LEK<br>(In Admiralty)<br><br>CERTIFICATE OF SERVICE<br><br>[Notice of Taking Deposition Upon Written Questions; Questions and Certificate of Service]<br><br>(Custodian of Records for FRANKGATES ACCLAIM CO., scheduled for February 17, 2006) |

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that the Notice of Taking Deposition Upon Written Questions, Questions and Certificate of Service was duly served upon the following by means of United States mail, postage prepaid on FEB - 3 2006 :

To:   PRESTON EASLEY, ESQ.
      2500 Via Cabrillo Marina, Ste. 106
      San Pedro, CA 90731-7724

      Attorney for Plaintiff
      LINDA MORISHIGE

DUANE R. MIYASHIRO, ESQ.
1001 Bishop St., Pacific Twr., # 2200
Honolulu, Hawaii 96813

    Attorney for Defendant
    NATIONAL STEEL AND
    SHIPBUILDING COMPANY

DATED: Honolulu, Hawaii    FEB - 3 2006

SCOTT G. LEONG
NORMAND R. LEZY
Attorneys for Defendant
MATSON NAVIGATION COMPANY, INC.