ORIGINAL

PRESTON EASLEY, ESQ./Cal State Bar No. 108347
LAW OFFICES OF PRESTON EASLEY
2500 Via Cabrillo Marina, Suite 106
San Pedro, California  90731-7724
Telephone:  (310) 832-5315
Facsimile:   (310) 832-7730

ATTORNEY FOR:   Plaintiff
                LINDA MORISHIGE

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 24 2006

at 11 o'clock and ___ min. ___M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LINDA MORISHIGE,<br><br>    Plaintiff,<br><br>v.<br><br>MATSON NAVIGATION COMPANY, INC.; and NATIONAL STEEL & SHIPBUILDING COMPANY,<br><br>    Defendants. | Civil No.: 04-00101 JMS-LEK<br>(In Admiralty)<br><br>CERTIFICATE OF SERVICE RE PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT NATIONAL STEEL & SHIPBUILDING COMPANY, SET NO. THREE |

CERTIFICATE OF SERVICE RE
PLAINTIFF'S REQUEST FOR PRODUCTION OF
DOCUMENTS TO DEFENDANT NATIONAL
STEEL & SHIPBUILDING COMPANY, SET NO. THREE

\I hereby certify that on this date copies of PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT NATIONAL STEEL & SHIPBUILDING COMPANY, SET NO. THREE duly served upon the following in the manner indicated below, addressed as follows:

|  | Mailed | Delivered | Via Facsimile |
|---|---|---|---|
| Normand R. Lezy, Esq.<br>Scott G. Leong, Esq.<br>LEONG, KUNIHIRO, LEONG & LEZY<br>Suite 1212, Davies Pacific Center<br>841 Bishop Street<br>Honolulu, Hawaii 96813<br><br>Attorneys for Defendant<br>MATSON NAVIGATION COMPANY INC. | X | | |
| Duane Miyashiro, Esq.<br>CARLSMITH BALL LLP<br>ASB Tower, Suite 2200<br>1001 Bishop Street<br>Honolulu, Hawaii 96813<br><br>Attorneys for Defendant<br>NASSCO | X | | |

Dated: February 21, 2006

Patti Bannon