ORIGINAL

PRESTON EASLEY, ESQ./Cal State Bar No. 108347
LAW OFFICES OF PRESTON EASLEY
2500 Via Cabrillo Marina, Suite 106
San Pedro, California 90731-7724
Telephone: (310) 832-5315
Facsimile:  (310) 832-7730

ATTORNEY FOR:   Plaintiff
                LINDA MORISHIGE

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 0 2 2006

at 11 o'clock and 15 min. AM
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| LINDA MORISHIGE, ) | Civil No.: 04-00101 JMS-LEK |
| ) | (In Admiralty) |
| Plaintiff, ) | |
| ) | |
| v. ) | CERTIFICATE OF SERVICE RE |
| ) | NOTICE OF DEPOSITION OF |
| MATSON NAVIGATION ) | CUSTODIAN OF RECORDS FOR |
| COMPANY, INC.; and NATIONAL ) | HAWAII STEVEDORES, INC.; |
| STEEL & SHIPBUILDING ) | SUBPOENA IN A CIVIL CASE |
| COMPANY, ) | |
| ) | |
| Defendants. ) | |

CERTIFICATE OF SERVICE RE
NOTICE OF DEPOSITION OF CUSTODIAN
OF RECORDS FOR HAWAII STEVEDORES, INC.;
SUBPOENA IN A CIVIL CASE

I hereby certify that on this date copies of NOTICE OF DEPOSITION OF CUSTODIAN OF RECORDS FOR HAWAII STEVEDORES, INC.; SUBPOENA IN A CIVIL CASE were duly served upon the following in the manner indicated below, addressed as follows:

|  | Mailed | Delivered | Via Facsimile |
|---|---|---|---|
| Normand R. Lezy, Esq.<br>Scott G. Leong, Esq.<br>LEONG, KUNIHIRO, LEONG & LEZY<br>Suite 1212, Davies Pacific Center<br>841 Bishop Street<br>Honolulu, Hawaii 96813<br><br>Attorneys for Defendant<br>MATSON NAVIGATION COMPANY INC. | X |  |  |
| Duane Miyashiro, Esq.<br>CARLSMITH BALL LLP<br>ASB Tower, Suite 2200<br>1001 Bishop Street<br>Honolulu, Hawaii 96813<br><br>Attorneys for Defendant<br>NASSCO | X |  |  |
| PACIFIC REPORTING SERVICES UNLIMITED, INC.<br>733 Bishop Street,<br>Makai Tower, Suite 1470<br>Honolulu, HI 96813 | X |  |  |

|  | Mailed | Delivered | Via Facsimile |
|---|---|---|---|
| Richard K. Griffith, Esq.<br>2302 Makai Tower,<br>733 Bishop Street<br>Honolulu, HI 96813 | X | | |
| Holly Chun-Ming<br>HAWAII STEVEDORES, INC.<br>P.O. Box 2160<br>Honolulu, HI 96805 | X | | |

Dated: February 22, 2006

*/s/ Patti Bannon*
Patti Bannon