CARLSMITH BALL LLP

| | |
|---|---|
| DUANE R. MIYASHIRO | 6513-0 |
| JOSEPH F. KOTOWSKI | 7973-0 |

ASB Tower, Suite 2200
1001 Bishop Street
Honolulu, HI 96813
Tel No. 808.523.2500
Fax No. 808.523.0842
dmiyashiro@carlsmith.com

Attorneys for Defendant
NATIONAL STEEL & SHIPBUILDING COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LINDA MORISHIGE,<br><br>Plaintiff,<br><br>vs.<br><br>MATSON NAVIGATION COMPANY, INC.; and NATIONAL STEEL & SHIPBUILDING COMPANY,<br><br>Defendants. | CIVIL NO. 04-00101 JMS-LEK<br>(In Admiralty)<br><br>CERTIFICATE OF SERVICE<br><br>[DEFENDANT NATIONAL STEEL AND SHIPBUILDING COMPANY'S RESPONSE TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS, SET NO. THREE, DATED FEBRUARY 21, 2006]<br><br>TRIAL DATE: JULY 11, 2006 |

## CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the methods of service noted below, one (1) original and one (1) true and correct copy of Defendant National Steel and Shipbuilding Company's Response to Plaintiff's Request for Production

of Documents Set No. Three, Dated February 21, 2006 was served on the following at their last known address:

Served Electronically through CM/ECF:

| Preston W. Easley, Jr. | maritime@earthlink.net |
| Normand R. Lezy | nrl@lkll-law.com |

DATED: Honolulu, Hawaii, March 29, 2006.

      /s/ DUANE R. MIYASHIRO
DUANE R. MIYASHIRO
JOSEPH F. KOTOWSKI

Attorneys for Defendant
NATIONAL STEEL & SHIPBUILDING COMPANY