CARLSMITH BALL LLP

DUANE R. MIYASHIRO            6513-0
JOSEPH F. KOTOWSKI            7973-0
ASB Tower, Suite 2200
1001 Bishop Street
Honolulu, HI  96813
Tel No. 808.523.2500
Fax No. 808.523.0842
dmiyashiro@carlsmith.com

Attorneys for Defendant
NATIONAL STEEL & SHIPBUILDING COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LINDA MORISHIGE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MATSON NAVIGATION COMPANY, INC.; and NATIONAL STEEL & SHIPBUILDING COMPANY,<br><br>　　　　Defendants. | CIVIL NO.  04 00101 JMS-LEK<br>(In Admiralty)<br><br>CERTIFICATE OF SERVICE<br><br>[DEFENDANT NATIONAL STEEL AND SHIPBUILDING COMPANY'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF]<br><br>TRIAL DATE:  JULY 11, 2006 |

### CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the methods of service noted below, Defendant National Steel and Shipbuilding Company's Second Request for Production of Documents to Plaintiff was served on the following at their last known address via facsimile and regular mail.

Served Electronically through CM/ECF:

Preston W. Easley, Jr.            maritime@earthlink.net

Normand R. Lezy                   nrl@lkll-law.com

        DATED: Honolulu, Hawaii, March 30, 2006.

                      /s/ DUANE R. MIYASHIRO
                DUANE R. MIYASHIRO
                JOSEPH F. KOTOWSKI

                Attorneys for Defendant
                NATIONAL STEEL & SHIPBUILDING
                COMPANY