ORIGINAL

PRESTON EASLEY, ESQ./Cal State Bar No. 108347
LAW OFFICES OF PRESTON EASLEY
2500 Via Cabrillo Marina, Suite 106
San Pedro, California 90731-7724
Telephone: (310) 832-5315
Facsimile: (310) 832-7730

ATTORNEY FOR:   Plaintiff
                LINDA MORISHIGE

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 3 1 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LINDA MORISHIGE, ) | Civil No.: 04-00101 JMS-LEK |
| ) | (In Admiralty) |
| Plaintiff, ) | |
| ) | |
| v. ) | CERTIFICATE OF SERVICE RE |
| ) | PLAINTIFF'S REQUEST FOR |
| MATSON NAVIGATION ) | ADMISSIONS TO NATIONAL |
| COMPANY, INC.; and NATIONAL ) | STEEL & SHIPBUILDING |
| STEEL & SHIPBUILDING ) | COMPANY, INC., SET NO. ONE |
| COMPANY, ) | AND INTERROGATORY NO. 21 |
| ) | |
| Defendants. ) | |

CERTIFICATE OF SERVICE RE
PLAINTIFF'S REQUEST FOR ADMISSIONS
TO NATIONAL STEEL & SHIPBUILDING
COMPANY, SET NO. ONE
AND INTERROGATORY NO. 21

I hereby certify that on this date copies of PLAINTIFF'S REQUEST FOR ADMISSIONS TO NATIONAL STEEL & SHIPBUILDING COMPANY, SET NO. ONE AND INTERROGATORY NO. 21 were duly served upon the following in the manner indicated below, addressed as follows:

|  | Mailed | Delivered | Via Facsimile |
|---|---|---|---|
| Normand R. Lezy, Esq.<br>Scott G. Leong, Esq.<br>LEONG, KUNIHIRO, LEONG & LEZY<br>Suite 1212, Davies Pacific Center<br>841 Bishop Street<br>Honolulu, Hawaii 96813<br><br>Attorneys for Defendant<br>MATSON NAVIGATION COMPANY INC. | X | | |
| Duane Miyashiro, Esq.<br>CARLSMITH BALL LLP<br>ASB Tower, Suite 2200<br>1001 Bishop Street<br>Honolulu, Hawaii 96813<br><br>Attorneys for Defendant<br>NASSCO | X (Via Certified mail) | | |

Dated: March 28, 2006

_____
Patti Bannon