CARLSMITH BALL LLP

| | |
|---|---|
| DUANE R. MIYASHIRO | 6513-0 |
| JOSEPH F. KOTOWSKI | 7973-0 |

ASB Tower, Suite 2200
1001 Bishop Street
Honolulu, HI  96813
Tel No. 808.523.2500
Fax No. 808.523.0842
dmiyashiro@carlsmith.com

Attorneys for Defendant
NATIONAL STEEL AND SHIPBUILDING COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LINDA MORISHIGE,<br><br>    Plaintiff,<br><br>    vs.<br><br>MATSON NAVIGATION COMPANY, INC.; and NATIONAL STEEL & SHIPBUILDING COMPANY,<br><br>    Defendants. | CIVIL NO.  04 00101 JMS-LEK (In Admiralty)<br><br>CERTIFICATE OF SERVICE<br><br>[RE: DEFENDANT NATIONAL STEEL AND SHIPBUILDING COMPANY'S RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS, SET NO. ONE AND INTERROGATORY NO. 21 DATED MARCH 28, 2006]<br><br>TRIAL DATE:  JULY 11, 2006 |

## CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the methods of service noted

below, one original and one true and correct copy of DEFENDANT NATIONAL

STEEL AND SHIPBUILDING COMPANY'S RESPONSE TO PLAINTIFF'S

2.

FIRST REQUEST FOR ADMISSIONS, SET NO. ONE AND INTERROGATORY NO. 21 DATED MARCH 28, 2006 was served on the following at their last known address via regular mail.

Served Electronically through CM/ECF:

    Preston W. Easley, Jr.        maritime@earthlink.net

    Normand R. Lezy           nrl@lkll-law.com

    DATED: Honolulu, Hawaii, April 25, 2006.

                                  /s/ DUANE R. MIYASHIRO
                            DUANE R. MIYASHIRO
                            JOSEPH F. KOTOWSKI

                            Attorneys for Defendant
                            NATIONAL STEEL AND
                            SHIPBUILDING COMPANY