ORIGINAL

PRESTON EASLEY, ESQ./Cal State Bar No. 108347
LAW OFFICES OF PRESTON EASLEY
2500 Via Cabrillo Marina, Suite 106
San Pedro, California 90731-7724
Telephone: (310) 832-5315
Facsimile: (310) 832-7730

ATTORNEY FOR: Plaintiff
              LINDA MORISHIGE

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 25 2006

at 3 o'clock and 4 min. P.M.
SUE BEITIA, CLERK

LODGED

APR 24 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LINDA MORISHIGE,<br><br>    Plaintiff,<br><br>v.<br><br>MATSON NAVIGATION COMPANY, INC.; and NATIONAL STEEL & SHIPBUILDING COMPANY,<br><br>    Defendants. | Civil No.: 04-00101 JMS-LEK<br>(In Admiralty)<br><br>STIPULATION AND ORDER TO CONTINUE DEFENDANTS' EXPERT DISCLOSURES AND DISCOVERY CUT-OFF DATES |

IT IS HEREBY STIPULATED AND AGREED BY and between plaintiff LINDA

MORISHIGE and defendants MATSON NAVIGATION COMPANY, INC. and

NATIONAL STEEL AND SHIPBUILDING COMPANY, through their respective

counsel of record, that defendants' current expert disclosure date of May 11, 2006,

including rebuttal expert disclosures, may be continued to June 12, 2006, and that the current discovery cut-off date of May 12, 2006 may be continued to June 30, 2006. Good cause exists for these continuances because the parties will be participating in a private mediation with Harris Weinberg in San Francisco, California on May 3, 2006. Continuing the defendants' expert disclosure and discovery cut-off dates will allow the parties to consider settlement before trial preparations are made.

Dated: 4-19-06

_____
PRESTON EASLEY
Attorney for Plaintiff
LINDA MORISHIGE

LEONG KUNIHIRO LEONG & LEZY

Dated: 04/10/2006

_____
NORMAN LEZY
Attorney for Defendant
MATSON NAVIGATION COMPANY, INC.

CARLSMITH BALL LLP

Dated: _____

(see next page)
_____
DUANE MIYASHIRO
Attorney for Defendant
NATIONAL STEEL & SHIPBUILDING
COMPANY

2

including rebuttal expert disclosures, may be continued to June 12, 2006, and that the current discovery cut-off date of May 12, 2006 may be continued to June 30, 2006. Good cause exists for these continuances because the parties will be participating in a private mediation with Harris Weinberg in San Francisco, California on May 3, 2006. Continuing the defendants' expert disclosure and discovery cut-off dates will allow the parties to consider settlement before trial preparations are made.

Dated: _____

PRESTON EASLEY
Attorney for Plaintiff
LINDA MORISHIGE

LEONG KUNIHIRO LEONG & LEZY

Dated: _____

NORMAND LEZY
Attorney for Defendant
MATSON NAVIGATION COMPANY, INC.

CARLSMITH BALL LLP

Dated: 4-5-06

/s/ 
DUANE MIYASHIRO
Attorney for Defendant
NATIONAL STEEL & SHIPBUILDING COMPANY

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LINDA MORISHIGE,<br><br>  Plaintiff,<br><br>v.<br><br>MATSON NAVIGATION COMPANY, INC.; and NATIONAL STEEL & SHIPBUILDING COMPANY,<br><br>  Defendants. | Civil No.: 04-00101 JMS-LEK<br>(In Admiralty)<br><br>ORDER CONTINUEING DEFENDANTS' EXPERT DISCLOSURES AND DISCOVERY CUT-OFF DATES |

## ORDER

IT IS HEREBY ORDERED that the expert disclosure date for the defendants, including rebuttal expert disclosures, shall be continued from May 11, 2006 to June 12, 2006, and that the discovery cut-off date shall be continued from May 12, 2006 to June 30, 2006.

Dated: 4/25/06

_____
LESLIE E. KOBAYASHI
UNITED STATED MAGISTRATE JUDGE