ORIGINAL

PRESTON EASLEY, ESQ./Cal State Bar No. 108347
LAW OFFICES OF PRESTON EASLEY
2500 Via Cabrillo Marina, Suite 106
San Pedro, California 90731-7724
Telephone: (310) 832-5315
Facsimile: (310) 832-7730

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 2 5 2006

at 3 o'clock and 46 min. P.M
SUE BEITIA, CLERK

ATTORNEY FOR:   Plaintiff
                LINDA MORISHIGE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LINDA MORISHIGE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MATSON NAVIGATION COMPANY, INC.; and NATIONAL STEEL & SHIPBUILDING COMPANY,<br><br>　　　　Defendants. | Civil No.: 04-00101 JMS-LEK<br>(In Admiralty)<br><br>CERTIFICATE OF SERVICE RE STIPULATION AND ORDER TO CONTINUE DEFENDANTS' EXPERT DISCLOSURES AND DISCOVERY CUT-OFF DATES |

CERTIFICATE OF SERVICE RE
STIPULATION AND ORDER TO
CONTINUE DEFENDANTS' EXPERT
DISCLOSURES AND DISCOVERY
CUT-OFF DATES

I hereby certify that on this date copies of STIPULATION AND ORDER TO CONTINUE DEFENDANTS' EXPERT DISCLOSURES AND DISCOVERY CUT-OFF DATES were duly served upon the following in the manner indicated below, addressed as follows:

|  | Mailed | Delivered | Via Facsimile |
|---|---|---|---|
| Normand R. Lezy, Esq.<br>Scott G. Leong, Esq.<br>LEONG, KUNIHIRO, LEONG & LEZY<br>Suite 1212, Davies Pacific Center<br>841 Bishop Street<br>Honolulu, Hawaii 96813<br><br>Attorneys for Defendant<br>MATSON NAVIGATION COMPANY INC. | X | | |
| Duane Miyashiro, Esq.<br>CARLSMITH BALL LLP<br>ASB Tower, Suite 2200<br>1001 Bishop Street<br>Honolulu, Hawaii 96813<br><br>Attorneys for Defendant<br>NASSCO | X | | |

Dated: April 19, 2006

_/s/ Patti Bannon_
Patti Bannon