# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/4/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CIVIL NO. 04-00101JMS-LEK

CASE NAME:       Linda Morishige vs. Matson Navigation Company, Inc., et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Leslie E. Kobayashi          REPORTER:

DATE:    5/4/2006                     TIME:

COURT ACTION:  EO: Parties have informed the Court that the above entitled action has been settled. Trial date and all deadlines are Vacated.

Stipulation for Dismissal will be submitted within 30 days.

Submitted by: Warren N. Nakamura, Courtroom Manager