LEONG KUNIHIRO LEONG & LEZY

NORMAND R. LEZY          6297-0
SCOTT G. LEONG           2859-0
Davies Pacific Center, Suite 1212
841 Bishop Street
Honolulu, Hawaii 96813
Telephone: 524-7575
Facsimile:  524-7878
E-Mail: nrl@lkll-law.com

Attorneys for Defendant
MATSON NAVIGATION COMPANY, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LINDA MORISHIGE,<br><br>Plaintiff,<br><br>vs.<br><br>MATSON NAVIGATION COMPANY, INC.; and NATIONAL STEEL & SHIPBUILDING COMPANY,<br><br>Defendants. | CIVIL NO. 04-00101 JMS-LEK<br>(In Admiralty)<br><br>**STIPULATION FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |

## **STIPULATION FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE**

Pursuant to the Federal Rules of Civil Procedure, Rule 41 (a)(1)(ii), IT IS HEREBY STIPULATED by and among the parties hereto that the First Amended Complaint against Defendant MATSON NAVIGATION COMPANY, INC. and NATIONAL STEEL AND SHIPBUILDING COMPANY is hereby dismissed with prejudice, each party to bear its own attorneys fees and costs.

All appearing parties have executed this Stipulation.  There are no remaining parties or issues.

This matter is set for trial the week of July 11, 2006.

DATED:  Honolulu, Hawaii, _____.


/s/ Preston Easley
PRESTON EASLEY, ESQ.
Attorney for Plaintiff
LINDA MORISHIGE


/s/ Duane R. Miyashiro
DUANE R. MIYASHIRO, ESQ.
Attorney for Defendant
NATIONAL STEEL AND SHIPBUILDING COMPANY

2

/s/ Normand R. Lezy
NORMAND R. LEZY
Attorney for Defendant
MATSON NAVIGATION COMPANY, INC.

APPROVED AND SO ORDERED.

DATED:  Honolulu, Hawaii, July 18, 2006.



_____
J. Michael Seabright
United States District Judge

**<u>Linda Morishige vs. Matson Navigation Company, Inc., et al.</u>, Civil No. 04-00101 JMS-LEK, In the United States District Court, For the District of Hawaii; STIPULATION FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE**